**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
Northern Division

OCT 01 2020

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

| | | |
|---|---|---|
| Shaniqua Briscoe, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action, Case No.: 3:20-cv-302-LPR |
| v. | ) | |
| | ) | **JURY DEMANDED** |
| | ) | |
| Jordan's Kwik Stop, INC., | ) | This case assigned to District Judge Rudofsky |
| *an Arkansas Corporation.* | ) | and to Magistrate Judge Harris |
| | ) | |
| Defendant. | ) | |

## VERIFIED COMPLAINT FOR VIOLATION OF
## THE FAIR LABOR STANDARDS ACT

**COMES NOW** Plaintiff Shaniqua Briscoe (hereinafter referred to as "Ms. Briscoe" or "Plaintiff"), by and through counsel, and for her Complaint against Defendant Jordan's Kwik Stop, Inc. (hereinafter referred to as "Jordan's Kwik Stop" or "Defendant") states as follows.

### NATURE OF THE COMPLAINT

1.     Ms. Briscoe brings this action against Jordan's Kwik Stop, an Arkansas corporation, for the violation of federal law, specifically the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq*.

2.     Ms. Briscoe seeks declaratory relief; back pay; and liquidated damages and/or other damages as permitted by applicable law; in addition to attorney's fees and expenses incurred in this action.

### PARTIES

3.     Ms. Briscoe is a resident of Newport, Jackson County, Arkansas.

1

Doc ID: fce7c09ba82d0c19ef121dec95a94c9a278b3477

4.      At all relevant times, Ms. Briscoe was an employee of Defendant for FLSA purposes.

5.      Defendant Jordan's Kwik Stop, Inc., is an Arkansas corporation and may be reached for service through its registered agent, Jackie R. McClure, 501 Pintail, Harrisburg, AR 72432.

6.      Defendant was Ms. Briscoe's employer at all times pertinent to this complaint.

## JURISDICTION AND VENUE

7.      This action for damages is brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* This Court has federal question subject matter jurisdiction pursuant to 29 U.S.C. §§ 216(b) and 217.

8.      Defendant is a legal entity incorporated in the State of Arkansas. Therefore, this Court has personal jurisdiction over Defendant.

9.      Defendant does business in the Eastern District of Arkansas. Furthermore, a substantial part of the events giving rise to Ms. Briscoe's claims occurred in the Eastern District of Arkansas. Thus, pursuant to 28 U.S.C. § 1391(b), venue for this action properly lies in the Eastern District of Arkansas.

## FACTUAL BACKGROUND

10.     Defendant employed Ms. Briscoe from May 26 to July 17, 2020 as Assistant Manager.

11.     Store Manager April Robinson repeatedly required Ms. Briscoe to work "off the clock," in direct violation of the FLSA.

12.     Upon information and belief, Ms. Briscoe worked, on average, sixty to sixty-five (60-65) hours per week but was paid for only forty (40).

2

13.     Specifically, she was required to works unpaid nine and one-half hours (9 ½) hours each Saturday and Sunday and three to six (3-6) hours unpaid during the work week.

## COUNT I
## FAILURE TO COMPENSATE FOR ALL HOURS WORKED IN VIOLATION OF THE FLSA

14.     Ms. Briscoe re-alleges and incorporates herein the allegations contained in Paragraphs 1 through 13 as if they were set forth fully herein.

15.     Upon information and belief, at all relevant times, Defendant has been, and continues to be, an "employer" engaged in the interstate "commerce" and/or in the production of "goods" for "commerce" within the meaning of the FLSA, 29 U.S.C. § 203.

16.     Upon information and belief, at all relevant times, Defendant has employed and/or continues to employ "employee[s]," such as Ms. Briscoe.

17.     Upon information and belief, at all relevant times, Defendant has had gross operating revenues in excess of $500,000.

18.     The FLSA requires each covered employer, such as Defendant, to compensate all non-exempt employees for all hours worked at an hourly rate not less than the federal minimum wage.

19.     Defendant routinely failed to pay Ms. Briscoe at an hourly rate not less than the federal minimum wage for all hours worked in any given workweek.

20.     As a result of Defendant's failure to compensate Mr. Briscoe for all hours at an hourly rate not less than the federal minimum wage, Defendant violated the FLSA, including 29 U.S.C. § 206(a).

Doc ID: fce7c09ba82d0c19ef121dec95a94c9a278b3477

## COUNT II
## FAILURE TO PAY OVERTIME COMPENSATION FOR HOURS WORKED OVER FORTY IN VIOLATION OF THE FLSA

21.     Ms. Briscoe re-alleges and incorporates herein the allegations contained in Paragraphs 1 through 20 as if they were set forth fully herein.

22.     The FLSA requires each covered employer, such as Defendant, to compensate all non-exempt employees at a rate of not less than one and one-half the regular rate of pay for work performed in excess of forty hours in a work week.

23.     Ms. Briscoe was not, during the entirety of her employment with Defendant, exempt from the right to receive overtime pay for all hours worked over forty under the FLSA and was thus entitled to be paid overtime compensation for all overtime hours worked.

24.     As a result of Defendant's failure to compensate Ms. Briscoe at a rate of not less than one and one-half times the regular rate of pay for all work performed in excess of forty hours in a work week, Defendant has violated, the FLSA, including 29 U.S.C. § 207(a)(1).

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief as follows:

1.     A declaratory judgment that the practices complained of herein are unlawful under the FLSA;

2.     Pre-Judgment interest, as provided by law;

3.     An award of money damages for unpaid wages and overtime premiums, liquidated damages, pre-judgment and post-judgment interest, and penalties in an exact amount to be determined at trial;

4.     An award of costs and expenses of this action incurred herein, including reasonable attorneys' fees and expert fees; and

Doc ID: fce7c09ba82d0c19ef121dec95a94c9a278b3477

5.      Any and all such other and further legal and equitable relief as this Court deems necessary,

just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff Shaniqua Briscoe hereby demands a jury trial on all causes of action and claims

with respect to which she has a right to jury trial.

Respectfully submitted,

Alan G. Crone, TN Bar No. 91079
THE CRONE LAW FIRM, PLC
88 Union Avenue, 14th Floor
Memphis, TN 38103
901.737.7740 (voice)
901.474.7959 (voice)
901.474.7926 (fax)
acrone@cronelawfirmplc.com

*Attorney for Plaintiff*

## DECLARATION AND VERIFICATION

I, Shaniqua Briscoe, verify and declare that the facts stated in the forgoing Verified Complaint for violation of the Fair Labor Standards Act are true to the best of my knowledge and belief, and that the Complaint was not made out of levity or by collusion with Defendant, but in sincerity and truth for the causes mentioned in the Complaint.

Shaniqua Briscoe

_____
Shaniqua Briscoe
09 / 25 / 2020
_____
Date

6

Doc ID: fce7c09ba82d0c19ef121dec95a94c9a278b3477

# ▽ HELLOSIGN

Audit Trail

| | |
|---|---|
| **TITLE** | Briscoe - revised Complaint to review/verify |
| **FILE NAME** | Briscoe Complaint Draft-092520.docx |
| **DOCUMENT ID** | fce7c09ba82d0c19ef121dec95a94c9a278b3477 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

## Document History

| | | |
|---|---|---|
| **SENT** | **09 / 25 / 2020**<br>13:40:35 UTC-6 | Sent for signature to Shaniqua Briscoe (shaniquabriscoe25@gmail.com) from jlc@cronelawfirmplc.com IP: 73.177.108.241 |
| **VIEWED** | **09 / 25 / 2020**<br>15:48:03 UTC-6 | Viewed by Shaniqua Briscoe (shaniquabriscoe25@gmail.com) IP: 107.77.200.68 |
| **SIGNED** | **09 / 25 / 2020**<br>15:48:54 UTC-6 | Signed by Shaniqua Briscoe (shaniquabriscoe25@gmail.com) IP: 107.77.200.68 |
| **COMPLETED** | **09 / 25 / 2020**<br>15:48:54 UTC-6 | The document has been completed. |

Powered by ▽ HELLOSIGN